IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES UPTHEGROVE,

    Plaintiff,

v.

                                        Case No. 20-cv-927-bbc

KELLY RAGEAN, JAMES STRAND,
MOLLI ROLLI, JEAN HAUGHWOUT,
JAMES VAN GEMERT, MEL
CHRISTENSEN, EDWARD
ANDRUCZYK, GREG VAN RYBROECK,
and PAUL LANE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| | |
|---|---|
| /s/ | February 17, 2022 |
| Peter Oppeneer, Clerk of Court | Date |